TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00005-CV

Apartment Investment & Management Co., D/B/A Montecito Apartments, and

Property Asset Management, L.L.C., an AIMCO Company, Appellants

v.

Zetta Garnett, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 96-03426, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 Appellants, Apartment Investment & Management Co., D/B/A Montecito Apartments, and
Property Asset Management, L.L.C., an AIMCO Company, and appellee Zetta Garnett move this Court
to reverse the judgment of the trial court and remand the cause to the trial court to render a judgment
conforming to the parties' settlement agreement. The motion is granted.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Reversed and Remanded on Joint Motion

Filed: July 3, 1997

Do Not Publish